

ORIGINAL

FILED

08/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0180

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0180

IN RE THE PARENTING OF:

M.L.A.,

    A Minor Child,

NATHAN R. WHITE,

    Petitioner and Appellant,

and

AMANDA M. ANDERSON,

    Respondent and Appellee.

**O R D E R**

Appellant Nathan R. White has filed a motion to dismiss this appeal. Good cause appearing.

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

DATED this 23rd day of August, 2021.

For the Court,

By _____
Justice